IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN R. HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-1331-L |
| ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On January 27, 2014, Magistrate Judge Gary M. Purcell entered his Report and Recommendation in this action brought by plaintiff for judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of the defendant Commissioner denying his applications for disability benefits. The Magistrate Judge recommended that judgment be entered dismissing this action without prejudice, due to plaintiff's noncompliance with its December 19, 2013 order [Doc. No. 3] which advised plaintiff that failure to cure the deficiency in his Application to Proceed Without Prepayment of Fees would result in a recommendation of dismissal of his action without prejudice and without further notice.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, this action is **DISMISSED without prejudice due to plaintiff's noncompliance with the court's December 19, 2013 Order to Plaintiff to Cure Deficiency.**

It is so ordered this 19th day of February, 2014.

/s/ Tim Leonard
TIM LEONARD
United States District Judge